March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ELMER GILL,

                        Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

S1 20-CR-601 (PKC)

Defendant __ELMER GILL__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓    Initial Appearance/Appointment of Counsel

✓    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

✓    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____       _____
Defendant's Signature                                    Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__ELMER GILL__                   __DAWN M. CARDI__
Print Defendant's Name                  Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____       _____
4/6/2021                                    Stewart D. Aaron
Date                                            U.S. Magistrate Judge