A hearing will be held on
March 23, 2022 at 11:00 a.m.
in Courtroom 11D to be
attended by defendant,
Ms. Cardi, Mr. Neuman and
the Government.
SO ORDERED.
Dated:  3/9/2022

_____
P. Kevin Castel
United States District Judge

**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

March 7, 2022

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v Elmer Gill,* 20 Cr. 601 (PKC)

Your Honor:

This letter is submitted to request a conference as soon as is practicable to discuss a change of counsel.

By way of background, on March 1, 2022, Dawn Cardi submitted a letter, informing this Court that her client, Elmer Gill, wished to have new counsel appointed in her place.  Ms. Cardi also mentioned in her letter that a plea offer was due to expire shortly.  Two days later, this Court responded to Ms. Cardi's letter by appointing me as "additional CJA counsel to advise Mr. Gill solely with respect to pre-trial matters."

Today, I spoke with Mr. Gill, who is housed at the Metropolitan Detention Center. I asked Mr. Gill whether he was seeking additional advice about the pending plea offer or other pretrial issues, or instead, was simply asking for an attorney to be appointed in place of Ms. Cardi. Mr. Gill stated firmly that he wished to have a new attorney assigned.  When I pointed out that I had been assigned for a limited purpose to date, he made it clear to me nonetheless that he wanted an attorney to be assigned and substituted for Ms. Cardi for all purposes.

Accordingly, I ask that a conference be scheduled on the earliest date possible to discuss the matters raised in this letter.

Respectfully submitted,


_____/s/_____
James E. Neuman