UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    20 CR 601 (PKC)

        -against-                                            ORDER

ELMER GILL,

                          Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Conference previously scheduled for March 23, 2022 is adjourned to April 5, 2022 at 12:30 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

        SO ORDERED.

                                                              P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
           March 23, 2022