# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

June 16, 2022

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application GRANTED. The date of the final pretrial conference will remain July 26, 2022 at 3:30 p.m. SO ORDERED.
> Dated: 6/17/2022
>
> P. Kevin Castel
> United States District Judge

Re: *United States v Fernando Ra et al (Elmer Gill),* 20 Cr. 601 (PKC)

Your Honor:

I represent Elmer Gill in the referenced case and write to request an adjournment of approximately thirty days of the pretrial filing deadlines. Prior requests for extensions were made by the government. This represents the first extension request by the defendant Gill. The government consents to this application. The purpose of this application is to allow the parties additional time to reach a resolution.

More specifically, we ask for the following schedule:

● July 18, 2022: Government's 404(b) notices, requests to charge, proposed *voir dire*, and motions *in limine* due;

● August 1, 2022: Defendant's responses to the Government's submissions and any defense motions *in limine* due;

● August 15, 2022: Government's reply to any defense submissions due;

● September 12, 2022 (or a later date convenient to the Court): pre-trial conference.

Respectfully submitted,

/s/
James E. Neuman