UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                              20-cr-601 (PKC)

       -against-

                                                                                             ORDER

ELMER GILL,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Sentencing originally scheduled for October 26, 2022, is adjourned to November 10, 2022 at 2:00 PM in Courtroom 11D.

       SO ORDERED.

                                                                    P. Kevin Castel
                                                            United States District Judge

Dated: New York, New York
          October 24, 2022